IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,       )<br>                              )            8:12CR327<br>      vs.                     )<br>                              )            ORDER<br>ARTAK MEDJBARIAN,             )<br>                              )<br>            Defendant.        )<br>                              ) | |

This matter is before the court on the defendant's motion to continue trial [12] as counsel needs additional time to review discovery.  For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 2, 2013 is continued to **February 12, 2013.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 12, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 18, 2012.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**