IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>              Plaintiff,                     )<br>                                                        )<br>       vs.                                          )<br>                                                        )<br>ARTAK MEDJBARIAN,                   )<br>                                                        )<br>              Defendant.                  )<br>                                                        ) | 8:12CR327<br><br>ORDER |

      This matter is before the court on the unopposed defendant's motion to continue trial [18] as counsel needs additional time to review discovery and for negotiations.  The court finds good cause being shown and the trial will be continued.  The defendant has previously complied with NECrimR 12.1(a).

      **IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for April 9, 2013 is continued to **June 18, 2013.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 18, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED March 27, 2013.**

                                                    BY THE COURT:

                                                    s/ F.A. Gossett
                                                    **United States Magistrate Judge**